# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2012

144944

RANDI GAGNON,
          Plaintiff-Appellee,

v

GARY GLOWACKI,
          Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144944
COA: 303449
Wayne CC Family Division:
06-660387-DP

On order of the Court, the application for leave to appeal the March 6, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARILYN KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2012

                               Clerk

s0627